# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14055-ELF

WILLIAM D. THOMPSON, JR.

2111 S. 58TH STREET

PHILADELPHIA, PA 19143-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    WILLIAM D. THOMPSON, JR.

    2111 S. 58TH STREET

    PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 10/3/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee