# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William D. Thompson Jr.<br>      Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), its successors and/or assigns<br>      Movant<br>  vs.<br><br>William D. Thompson Jr.<br>      Debtor(s)<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-14055 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), which was filed with the Court on or about **November 4, 2019, docket number 28**.

            Respectfully submitted,

           By: **/s/ Rebecca A. Solarz, Esquire**
             Rebecca A. Solarz, Esquire
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322
             Attorney for Movant/Applicant

November 24, 2019