IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | | |
|---|---|---|---|
| In Re: | William D. Thompson, Jr. Debtor | ) ) ) ) ) | Chapter 13 No.: 19-14055-ELF |

**CERTIFICATION OF NO RESPONSE**


I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.



/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:1/13/20