IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM D. THOMPSON | : | No. 19-14055-ELF |
| Debtor | | |

ANSWER TO MOTION FOR RELIEF OF U.S. BANK NATIONAL ASSOCIATION AND CERTIFICATE OF SERVICE

The Debtor acknowledges that he fell behind on the mortgage as a result of being out of work due to Covid.  He recently sent in two bank check payments for $800 each and expects to be able to get caught up with all payments by February including the February payment.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 12/31/2020

A copy of this response is being served on Rebecca Solarz, Esq. by Electronic Mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor