IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William D. Thomson, Jr. | : | No. 19-14055-ELF |
| Debtor | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Plan After Confirmation was served on 2/22/21, on the Chapter 13 Standing Trustee, William C. Miller, Esq., by electronic mail, and upon all creditors by first class mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
Dated: 2/22/21                     215-625-9600