IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 13
                                    :
William D. Thompson, Jr.            :    No. 19-14055-ELF
    Debtor                          :

## CERTIFICATION OF NO RESPONSE TO
## MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: 03/08/2021

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600