IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William D. Thompson, Jr. | : | No. 19-14055-ELF |
| Debtor | : | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion to Modify Plan After Confirmation along with the Modified Plan was served on February 19, 2021, on the Chapter 13 Standing Trustee, William C. Miller, Esq., by electronic mail, and upon all creditors on the attached matrix, by first class mail.

Dated: 4/12/21

/s/ Christina M. Smith
Paralegal for David M. Offen
Attorney for Debtor(s)
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


City of Philadelphia
1401 JFK Blvd.
Philadelphia, PA 19102-1663


City of Philadelphia
Law Dept Tax Unit
Bankruptcy Group MSB
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595


Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008


Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106


Peco Energy
2301 Market Street
Philadelphia, PA 19101


Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946


Philadelphia Federal Credit Union
12800 Townsend Road
Philadelphia, PA 19154

```
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587



U.S. Bank National Association
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101



Water Revenue Bureau
1401 JFK Blvd.
Philadelphia, PA 19102-1663



Water Revenue Bureau
Law Department - Tax Unit
Municipal Services Building
1401 JKF Blvd., Room 580
Philadelphia, PA 19102-1595
```