IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            : Chapter 13

William D. Thompson, Jr.          : Case No. 19-14055-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
U.S. BANK NATIONAL ASSOCIATION Et Al
<u>AND CERTIFICATE OF SERVICE</u>

Debtor disputes that he missed 5 payments and requests that the mortgage company provide proof that he missed 5 payments.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen Esquire
Attorney for Debtor

Dated: April 2, 2024

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire and the Chapter 13 Trustee.