Certificate Number: 12433-PAE-DE-039245314

Bankruptcy Case Number: 19-14055



12433-PAE-DE-039245314

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2025, at 6:21 o'clock PM EST, William D. Thompson, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 15, 2025    By:    /s/Candace Jones

Name:  Candace Jones

Title:  Counselor