IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| William D. Thompson, Jr.<br>xxx-xx-4260<br>    Debtor | : | Case No. 19-14055-amc |

### ORDER

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: January 17, 2025**

_____
**HONORABLE ASHELY M. CHAN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**