**Fill in this information to identify the case:**

Debtor 1: WILLIAM D. THOMPSON, JR.

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-14055-ELF

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Pennsylvania Housing Finance Agency

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 5 7 8 7

Date of payment change: 12/01/2020
Must be at least 21 days after date of this notice

New total payment: $ 782.57
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 275.50    New escrow payment: $ 299.25

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | William D. THompson, Jr. | | | Case number (if known) 19-14055-ELF |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /S/ LEON P. HALLER                                Date  10/30/2020
   Signature

| Print: | LEON P. HALLER | | | Title | BANKRUPTCY ATTORNEY |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    PURCELL KRUG & HALLER

Address    1719 N. FRONT STREET
           Number          Street

           HARRISBURG, PA 17102
           City                State    ZIP Code

Contact phone  717 234 4178                Email  LHALLER@PKH.COM